FORM 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 3**

| | |
|---|---|
| THAI UNION GROUP PUBLIC COMPANY LIMITED; THAI UNION SEAFOOD COMPANY LIMITED; AND OKEANOS FOOD COMPANY LIMITED )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant. ) | SUMMONS<br>Court No. 26-02231 |

**TO**:   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1582(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.   (Name and standing of plaintiff):  Plaintiffs, Thai Union Group Public Co., Ltd.; Thai Union Seafood Co., Ltd.; and Okeanos Food Co., Ltd. are foreign producers and exporters of the subject merchandise, certain frozen warmwater shrimp from Thailand, which were subject to the antidumping duty administrative review that is contested here.  Plaintiffs were mandatory respondents in the antidumping duty administrative review that is contested here. Therefore, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiffs also actively participated in the administrative review through the submission of factual information and written argument and, thus, also are parties to the proceeding as defined in 19 C.F.R. § 351.102(b)(29)(i).  Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2.   (Brief description of contested determination):  Plaintiffs contest certain aspects of the U.S. Department of Commerce's final determination in the administrative review of the antidumping duty order of Certain Frozen Warmwater Shrimp From Thailand (A-549-822), published in the *Federal Register* as *Certain Frozen Warmwater Shrimp From Thailand: Final Results of Antidumping Duty Administrative Review; 2023-2024*, 91 Fed. Reg. 8,184 (Feb. 20, 2026).  Commerce issued final results calculating an individual antidumping duty margin for Plaintiffs.

FORM 3-2

3.    (Date of determination):  The *Final Results of Antidumping Duty Administrative Review;*
*2023*-2024 covering frozen warmwater shrimp from Thailand was made by the U.S.
Department of Commerce on February 17, 2026, and published in in the *Federal Register*
on February 20, 2026.

4.    (If applicable, date of publication in Federal Register of notice of contested determination):
Commerce published its final results in the *Federal Register* on February 20, 2026 (91 Fed.
Reg. 8,184).

Name, Firm, Address, Telephone Number and
E-mail Address of Plaintiffs' Attorney

/s/ Jonathan M. Freed                        Jonathan M. Freed
Signature of Plaintiffs' Attorney            TRADE PACIFIC PLLC
                                             700 Pennsylvania Avenue, SE, Suite 500
                                             Washington, DC  20003
March 17, 2026                               Tel:  (202) 223-3760
Date                                         jfreed@tradepacificlaw.com

**SEE REVERSE SIDE**

FORM 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

<u>On behalf of the United States</u>
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch – Civil Division
United States Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

<u>On behalf of the U.S. Department of Commerce</u>
General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC 20230

Office of Chief Counsel
For Enforcement & Compliance
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC  20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)